Philip A. Downey, Esq. (admitted *pro hac vice*)
downeyjustice@gmail.com
**THE DOWNEY LAW FIRM, LLC**
P.O. Box 1021
Unionville, PA 19375
Tel: 610-324-2848 | Fax: 610-813-4579

Cory G. Lee, Esq. (SBN 216921)
downeyjusticelee@gmail.com
**THE DOWNEY LAW FIRM, LLC**
9595 Wilshire Boulevard, Suite 900
Beverly Hills, PA 90212
Tel: 213-291-3333 | Fax: 610-813-4579

Robert W. Sink, Esq. (admitted *pro hac vice*)
rsink@sinklawoffices.com
**LAW OFFICES OF ROBERT W. SINK**
1800 J.F.K. Blvd., 14th Floor
Philadelphia, PA 19103
Tel: 215-995-1000 | Fax: 215-475-4600

Attorneys for Plaintiff and the proposed Class

*Counsel Continued on Next Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LOPEZ, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC. D/B/A GEO CALIFORNIA, INC.; GEO CORRECTIONS HOLDINGS, INC.; GEO CORRECTIONS AND DETENTION, LLC; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV14-6639-PSG (PLAx)<br><br>**[PROPOSED]** STIPULATED PROTECTIVE ORDER |

*Counsel Continued from Previous Page*

ELIZABETH STAGGS WILSON, Bar No. 183160
estaggs-wilson@littler.com
MICHELLE RAPOPORT, Bar No. 247459
mrapoport@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, CA  90071
Telephone:  213.443.4300
Facsimile:   213.443.4299

Attorneys for Defendants
THE GEO GROUP, INC. D/B/A GEO CALIFORNIA, INC.; GEO CORRECTIONS HOLDINGS, INC.; AND GEO CORRECTIONS AND DETENTION, LLC

Good cause appearing therefore, the terms of the Parties' Stipulated Protective Order filed on June 12, 2015 are adopted by the Court. The Parties shall adhere to the terms of the Stipulated Protective Order unless modified or otherwise ordered by the Court.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  _June 15, 2015_ ,   _____
**Honorable Paul L. Abrams**
**UNITED STATES DISTRICT MAGISTRATE JUDGE**

Firmwide:134081851.1 059218.1179